## THE STATE *v.* BARTLETT.

*A.* and *B.* having been jointly indicted, *A.* appeared without process, and entered into a recognizance, and the cause was continued. Witnesses were subpœnaed for the first day of the next term, at which time *A.* appeared, and *B.* also, without any service of process, and they informed the Court they would be ready for trial on the next day. On the fifth day they appeared and elected to be tried separately, *A.* first. On the eighth day *A.* was acquitted; and on the ninth *B.* was tried and convicted. *Held,* that *B.* ought to have been taxed with the fees of the witnesses from the first day of the term.

APPEAL from the *Delaware* Circuit Court.

PERKINS, J.—*Elzy* and *Boaz Bartlett* were jointly indicted, in a single count, for an assault and battery with intent to murder. *Elzy*, without process, entered into a recognizance for his appearance; but *Boaz* did not do so, because, as counsel stated, he was sick. A writ was issued for *Boaz*, in vacation, but was not served. Witnesses were subpœnaed in the cause for the first day of the next term. On the first day of that term, *Elzy* and *Boaz* appeared, and by their counsel informed the Court that they would be ready for trial the next day. On the fifth day the defendants appeared and elected to be tried separately, *Elzy* first. On the eighth day *Elzy* was acquitted, and *Boaz* recognized to appear from day to day. On the ninth day he was tried and convicted, and the Court taxed against him but the costs of a single day, whereas the state claimed that he was liable for costs from the first day of the term. The proper motions as to taxation were made, and exceptions taken. The motions were made on behalf of the

May Term,
1856.

officers. We think *Boaz* was liable for the fees of wit-
nesses, &c., from the first day of the term. He appeared
and claimed his trial at that time, and from hence was in
Court. The state was bound to keep herself in readiness
for trial. We see nothing that entitles him to claim ex-
emption from costs, any more than he would have been had
he come into Court under a writ.

*Per Curiam.*—The taxation of costs is reversed, with
instructions to the Circuit Court to retax the costs as indi-
cated in this opinion.

*A. J. Neff* and *W. March*, for the state.

*J. S. Buckles*, for the appellee.